UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:23-cv-774-PGB-DCI

TAVIA WAGNER,

     Plaintiff,

v.

FELIX B. DOMINGUEZ and
FANCY FRUIT AND PRODUCE,
INC.,

     Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

     Plaintiff, Tavia Wagner, and Defendants, Felix B. Dominguez, and Fancy Fruit and Produce, Inc. (collectively, the Parties), hereby notify the Court that the instant action has settled.  The Parties expect to file a stipulation of dismissal with prejudice within thirty (30) days and request that they not be required to file any further responses, motions, and/or pleadings.

     Respectfully submitted,

JOE M. QUICK, P.A.

By: /s/ Joe M. Quick
Joe M. Quick, Esq.
Florida Bar No.: 0883794
JMQuickEsq@gmail.com
1224 S. Peninsula Drive, #619
Daytona Beach, FL 32118
Telephone: (386) 212-3591

*Attorneys for Plaintiff*

FORD & HARRISON, LLP

By: /s/ Merry E. Lindberg
Merry E. Lindberg, Esq.
Florida Bar No.: 308102
mlindberg@fordharrison.com
1450 Centrepark Blvd, Suite 325
West Palm Beach, FL 33401
Telephone: (561) 345-7505
Facsimile: (561) 345-7501

*Attorneys for Defendants, Felix Dominguez and Fancy Fruit and Produce, Inc.*

*Wagner v. Dominguez, et al.*
Case No. . 6:23-cv-774-PGB-DCI
Joint Motion for Dismissal with Prejudice

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 20, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Merry E. Lindberg*
Merry E. Lindberg, Esq.