UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:23-cv-00774-PGB-DCI

TAVIA WAGNER,

    Plaintiff,

v.

FELIX B. DOMINGUEZ and
FANCY FRUIT AND PRODUCE,
INC.,

    Defendants.
_____/

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Tavia Wagner, and Defendants, Felix B. Dominguez, and Fancy Fruit and Produce, Inc. (collectively, the Parties), hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against Defendants, Felix B. Dominguez, and Fancy Fruit and Produce, Inc.; and (3) the Parties shall bear their own costs and attorneys' fees except as otherwise provided in the Parties' Settlement Agreement.

Respectfully submitted,

*Wagner v. Dominguez, et al.*
Case No. . 6:23-cv-00774-PGB-DCI
Joint Motion for Dismissal with Prejudice

| | |
|---|---|
| JOE M. QUICK, P.A.<br><br>By: /s/ Joe M. Quick<br>Joe M. Quick, Esq.<br>Florida Bar No.: 0883794<br>JMQuickEsq@gmail.com<br>1224 S. Peninsula Drive, #619<br>Daytona Beach, FL 32118<br>Telephone: (386) 212-3591<br><br>*Attorneys for Plaintiff* | FORD & HARRISON, LLP<br><br>By: /s/ *Merry E. Lindberg*<br>Merry E. Lindberg, Esq.<br>Florida Bar No.: 308102<br>mlindberg@fordharrison.com<br>1450 Centrepark Blvd, Suite 325<br>West Palm Beach, FL 33401<br>Telephone: (561) 345-7505<br><br>Luis A. Santos, Esq.<br>Florida Bar No. 0084647<br>lsantos@fordharrison.com<br>401 E. Jackson Street, Suite 2500<br>Tampa, Florida 33602<br>Telephone: (813) 261-7800<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 17, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Merry E. Lindberg*
Merry E. Lindberg, Esq.